**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. _____ -cv- _____**

GRETCHEN SHIPPING INC.,

      Plaintiff,

v.

COMMODITIES & MINERALS ENTERPRISE
LTD.,

      Defendant.
_____/

### <u>VERIFIED COMPLAINT</u>

Plaintiff GRETCHEN SHIPPING INC. ("GRETCHEN"), by its attorneys, The Barthet

Firm, as and for its Verified Complaint against defendant, COMMODITIES & MINERALS

ENTERPRISE LTD. ("CME"), alleges upon information and belief as follows:

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and the action falls within the Court's subject matter

jurisdiction pursuant to 28 USC §§ 1331 and 1333.  Subject matter jurisdiction also exists since

the action arises under the New York Convention on the Recognition and Enforcement of

Foreign Arbitral Awards at 9 USC § 201 *et seq.* and/or the Federal Arbitration Act, 9 USC § 1 *et

seq*.

2.      At all material times, GRETCHEN was and still is a corporation organized and

existing under the laws of a foreign country, and was and is the owner of the M/V GENERAL

PIAR ("the Vessel").

3.      Upon information and belief, at all material times, CME was and still is a corporation organized and existing under the laws of the British Virgin Islands, and was the charterer of the Vessel.  Upon information and belief, CME is not registered to do business in Florida and has no office or place of business in Florida.

4.      By a time charter dated January 25, 2010, CME chartered the Vessel from GRETCHEN for a period of sixty (60) months on the BALTIME 1939 form as amended by the parties (the "Charter Party").  (A copy of the Charter Party is annexed hereto as Exhibit 1.)

5.      Under the Charter Party, CME was required to pay GRETCHEN, hire payments at the rate of $25,641.02 per day, increasing by 2% per annum, less a commission of 2.5%.

6.      On or about September 18, 2013, CME wrongfully, and in breach of the Charter Party, notified GRETCHEN that it would tender back the Vessel prematurely and before the period of the Charter Party expired by its terms.  On or about October 20, 2013, the Vessel was re-delivered by CME back to GRETCHEN on a without prejudice basis to GRETCHEN's rights and remedies under the Charter Party.

7.      In light of CME's wrongful termination of the Charter Party and re-delivery of the Vessel, GRETCHEN is owed hire by CME for the remainder of the period of the Charter Party. The amount of hire due and owing to GRETCHEN is approximately $18,413,841.72 for the remaining period of the Charter Party, as nearly as now can be calculated.  (A calculation of the hire due and owing to GRETCHEN is annexed hereto as Exhibit 2.)

8.      Pursuant to Clause 22 of the Charter Party, disputes between GRETCHEN and CME are subject to New York arbitration.  The parties are presently involved in two New York arbitration proceedings concerning the Charter Party, the first one commenced by CME in June 2012 and the second one commenced by CME on September 18, 2013.  GRETCHEN has

asserted counterclaims in the first arbitration and will assert counterclaims in the second arbitration.

9.       Therefore, this action is in aid of arbitration in accordance with 9 USC § 8, and GRETCHEN reserves all of its rights under the terms of the Charter Party, including arbitration clause.

10.      Defendant CME cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, but upon information and belief, CME has, or will have during the pendency of this action, property within this District and subject to the jurisdiction of this Court held in the hands of garnishees, which are believed to be due and owing to defendant CME.

11.      Specifically, upon information and belief, CME maintains a bank account(s) with Citi Private Bank, 201 South Biscayne Blvd., Miami, Florida.  (See Declaration of Carlos Suarez of CME dated September 24, 2013, a copy of which is annexed hereto as Exhibit 3).   The Declaration of Mr. Suarez was submitted by CME in connection with a Rule B action filed by CME in September 2013, entitled Commodities & Minerals Enterprise Ltd. v. Gretchen Shipping Inc., 13 Civ. 6548 (PKC).  The attachment order issued by Judge Castel in that action was later vacated on motion by GRETCHEN.

12.      GRETCHEN hereby demands payment of $18,413,841.72 as security for the hire due and owing to it under the terms of the Charter Party;

WHEREFORE, GRETCHEN SHIPPING INC. prays that:-

a.       process in due form of law according to the practice of this Court in admiralty and maritime jurisdiction issue against defendant CME citing it to appear and answer under oath all

and singular the matters alleged;

b.      since defendant CME cannot be found within this District, this Court issue an Order directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the United States Arbitration Act, 9 USC §§ 1, 8 and 9, attaching all of the defendant's tangible or intangible property in this District or claimed by or being held for, belonging to, due or being transferred to, from, or for the benefit of defendant by any garnishees within this District, in the amount of $18,413,841.72 to secure GRETCHEN's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged;

c.      this Court retain jurisdiction over this matter for purposes of any subsequent enforcement action as may be necessary;

d.      judgment be entered by this Court in favor of plaintiff and against defendant enforcing and recognizing any arbitration award(s) or judgment(s) that may be rendered on the claims set forth herein; and

e.      plaintiff have such other, further, and different relief as this Court may deem just and proper.

Dated: December 12, 2013
   Miami, Florida

THE BARTHET FIRM
Attorneys for Plaintiff
GRETCHEN SHIPPING INC.


By:    <u>John C. Hanson, II</u>
       John C. Hanson, II
       Florida Bar No. 933767
       200 South Biscayne Blvd., Suite 1800
       Miami, Florida 33131
       (305) 347-5290
       jhanson@barthet.com