UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24493-CV-LENARD

**GRETCHEN SHIPPING INC.**,

    Plaintiff,

v.

**COMMODITIES & MINERALS
ENTERPRISE LTD.**,

    Defendant.
_____/

### EX PARTE ORDER FOR PROCESS OF
### MARITIME ATTACHMENT AND GARNISHMENT

**WHEREAS**, on December 12, 2013, Plaintiff Gretchen Shipping Inc. filed the Verified Complaint herein for damages amounting to **$18,413,841.72**, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules and Civil Procedure, and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of defendant's tangible and intangible property within the District of this Court, and

**WHEREAS,** the Court has reviewed the Verified Complaint and Rule B(1) Declaration and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible and intangible property of defendant in this District, and if such property cannot be found, against other tangible or intangible property, credit and effects, claimed by or being held for the defendant by any garnishees within this District, including **Citi Private Bank, 201 S Biscayne Blvd., Suite 3300, Miami, FL 33131**, or any other garnishee(s) on whom a copy of the Ex Parte Order for Process of Attachment and Garnishment has been served, in an amount up to and including $18,413,841.72 pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and it is further

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing pursuant to Supplemental Admiralty Rule E(7) at which the plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED,** that supplemental process enforcing the Court's Ex Parte Order for Process of Maritime Attachment and Garnishment may be issued by the Clerk upon application of the plaintiff without further Order of the Court; and it is further

**ORDERED,** that a copy of this Ex Parte Order be attached to and served with said Process of Maritime Attachment and Garnishment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of December, 2013.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**